Andre C. Diggs # 67761~060
Federal Correctional Institution
P. O. BOX 1000
Cumberland, MD.
                21501-1000

Legal mail
Out: 3-3-2022

RECEIVED
MAR 28 2022
U.S. DISTRICT COURT WVND
WHEELING, WV 26003

Clerh of the Court
U.S. District court
P. O. BOX 471
Wheeling, WV. 26003

FOREVER / USA   FOREVER / USA   FOREVER / USA