Crim. Action No; 5:20 CR 16-8
Judge Bailey

I would kindly appreaciate if you can please send me my Docket sheet, Plea Agreement & Transcripts.

Thanks and Have a Blessed Day!!

And Happy Holidays

FILED
NOV 17 2022
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003