INMATE NAME/NUMBER: Andre Diggs 67761-060
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD  LOW
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA   171

15 NOV 2022 PM 2  L



67761-060
U S District Court
1125 Chapline ST
Wheeling, WV 26003
United States

RECEIVED

NOV 17 2022

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

26003-297699